UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:03-cr-0127-01-SEB-KPF |
| ) | |
| ANDREW J. COOPER, ) | |
| ) | |
| Defendant. ) | |

## Order Adopting Magistrate Judge's Report And Recommendation

The Court has reviewed and considered the Magistrate Judge's Report and Recommendation (Docket No. 14) regarding the United States Probation Office's Petition for Revocation of Supervised Release. The parties waived objection to the Report and Recommendations.

The Court, having given *de novo* consideration to the issue presented pursuant to Title 28 U.S.C. § 636(b)(1)(B) and (C), finds that the Magistrate Judge's Report and Recommendation is well reasoned and supported by the facts, as well as the law. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation in full and incorporates it by reference herein.

Accordingly, the Court revokes Mr. Cooper's supervised release. The Court sentences Mr. Cooper to imprisonment of 21 months in the custody at the Bureau of Prisons. Upon release from incarceration, the defendant will not be subject to supervised release.

IT IS SO ORDERED.

Date: 04/17/2012

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Donna R. Eide
Zach Myers
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Bill Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service